AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

IN RE:
AQUATIC ISLAND VENTURES, INC.,
KETRON ISLAND UTILITIES, CO., INC.
        Debtors.
_____

Terry Wallace,
        Movant,
        v.
Pierce County Department of
Budget and Finance
        Respondent,
_____
ROBERT STEINBERG
        Trustee

CASE NUMBER: C07-5253RBL
Adversary Case No. 06–04210
Bankruptcy No. 96-32414

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Terry Wallace's Motion to Withdraw Reference is DENIED.

*DATED : June 19, 2007*

                                    BRUCE  RIFKIN
                              *Clerk*

                                  /s/   Jean Boring
                              *(By) Deputy Clerk*, Jean Boring